## Waiver of Service of Summons

TO:   Fitapelli & Schaffer, LLP
      Brian S. Schaffer, Esq.
      28 Liberty Street, 30th Floor
      New York, New York 10005

I acknowledge receipt of your request that I waive service of summons in the action of *Imbarrato et al v. Banta Management Services, Inc. et al*, which is case number 18 Civ. 5422 in the United States District Court of the Southern District of New York. I have also received a copy of the Complaint in this action, two copies of this instrument and a means by which to return the signed waiver to you without cost to me.

I agree to save the cost of service of summons and an additional copy of the Complaint in this lawsuit by not requiring that my clients, BANTA MANAGEMENT SERVICES, INC., BANTA BWW MDT, LLC, BANTA NINE MALL, LLC, BANTA BWW ON, LLC, BANTA BWW NB, LLC, GEORGE E. BANTA, SR., and GEORGE E. BANTA, JR., be served with judicial process in the manner provided by Rule 4.

BANTA MANAGEMENT SERVICES, INC., BANTA BWW MDT, LLC, BANTA NINE MALL, LLC, BANTA BWW ON, LLC, BANTA BWW NB, LLC, GEORGE E. BANTA, SR., and GEORGE E. BANTA, JR. will retain all defenses or objections to the lawsuit or to the jurisdiction of the court or the venue in which the action has been brought except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against BANTA MANAGEMENT SERVICES, INC., BANTA BWW MDT, LLC, BANTA NINE MALL, LLC, BANTA BWW ON, LLC, BANTA BWW NB, LLC, GEORGE E. BANTA, SR., and GEORGE E. BANTA, JR. if an answer or motion under Rule 12 is not served upon you within 60 days after June 18, 2018

_7/20/18_
Date

_____
Jason Sultzer
The Sultzer Law Group P.C.

85 Civic Center Plaza
Suite 104
Poughkeepsie, NY 12601