UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/09/2024
```

PATRICK IMBARRATO on behalf of himself and all others similarly situated,

Plaintiff,

-against-

BANTA MANAGEMENT SERVICES, INC., BANTA BWW MDT, LLC, GEORGE E. BANTA, SR., and GEORGE E. BANTA, JR.,

Defendants.

No: 18 Civ. 5422-NSR-JCM

# ORDER GRANTING
# PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Having considered Plaintiff's Motion for Final Approval of Class Action Settlement, the supporting memorandum of law and the Declarations of Frank J. Mazzaferro and Douglas M. Werman and exhibits thereto, the oral arguments presented at the October 9, 2024 Fairness Hearing, and the complete record in this matter, for the reasons set forth therein and stated on the record at the Fairness Hearing and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED, THAT:**

1. This Order incorporates by reference the definitions in the parties' Settlement Agreement and Release (the "Settlement Agreement") dated January 5, 2024. ECF No. 100-1.

2. This Court approves the settlement and all terms set forth in the Settlement Agreement and finds that the settlement is, in all respects, fair, reasonable, adequate, and not a product of collusion. *See* Fed. R. Civ. P. 23(e).

3. The Court also certifies the proposed class under Fed. R. Civ. P. 23(e) (the "Class")

for settlement purposes.

4. For the purposes of settlement, the Court finds that the Classes meet the requirements for class certification under Fed. R. Civ. P. 23(a) and (b)(3).

5. In addition, Plaintiffs' counsel meets the adequacy requirement of Rule 23(a)(4) and the Court certifies Plaintiffs' counsel as Class Counsel, and the named Plaintiff as the Class Representatives.

6. The Court finds reasonable the service award requested for the named Plaintiff Pattrick Imbarrato. ECF No. 100-1, ¶ 4.3.

7. The Court grants Class Counsel's request for attorneys' fees in the amount of $550,000.00, which is 33.3% of the settlement. The fee award is justified by the work that Class Counsel did negotiating the settlement and conducting the litigation, the ultimate recovery, and the risk that Class Counsel undertook in bringing the claims.

8. The Court grants Class Counsel's request for costs in the amount of $17,866.88.

9. The Court approves $13,750.00 in administrative costs to Rust Consulting, Ltd.

10. The Final Effective Date will be thirty (30) days following the date of this Order. If rehearing, reconsideration or appellate review is sought, the Effective Date shall be upon the Court's entry of a final order resolving any appeals.

11. Within thirty-one (31) days of this Order or by January 31, 2025, whichever is later, Defendants will deposit funds to comply with its funding obligations pursuant to the Settlement Agreement and any addendum to the Settlement Agreement. ECF No. 100-1 ¶ 4.1.

12. The claims administrator will disburse settlement checks to Class Members, Court-approved attorneys' fees and expenses, and the Court-approved service award within fifteen days (15) days after the Effective Date.

13. The Court will retain jurisdiction over the interpretation and implementation of the Settlement Agreement.

14. The parties shall abide by all terms of the Settlement Agreement.

Clerk of Court is requested to terminate the action and the motion at ECF No. 109.

It is so ORDERED this <u>9th</u> day of <u>October</u>, 2024.

_____
Hon. Nelson S. Roman, United States District Judge